| | |
|---|---|
| DEFENDANT: | Michael Shawn Stewart |
| YOB: | 1963 |
| COMPLAINT FILED? | _____ Yes    __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER: |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _____ Yes    __X__ No |
| OFFENSE(S): | COUNTS 1-14: 18 U.S.C. § 1343: Wire Fraud<br>COUNT 15: 18 U.S.C. § 371: Conspiracy to Defraud the United States |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | COUNTS 1-14: NMT 20 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.<br><br>COUNT 15: NMT 5 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment. |
| AGENT: | John Maglosky, Special Agent FBI |
| AUTHORIZED BY: | Pegeen D. Rhyne<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_____ five days or less        __x__ over five days        _____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

__X__ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:        ___ Yes        __X__ No