| | |
|---|---|
| DEFENDANT: | Bryant Edwin Sewall |
| YOB: | 1966 |
| COMPLAINT FILED? | _____ Yes      __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER: |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?      _____ Yes   __X__ No

| | |
|---|---|
| OFFENSE(S): | COUNTS 1-14: 18 U.S.C. § 1343: Wire Fraud<br>COUNT 15: 18 U.S.C. § 371: Conspiracy to Defraud the United States |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | COUNTS 1-14: NMT 20 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.<br><br>COUNT 15: NMT 5 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment. |
| AGENT: | John Maglosky, Special Agent FBI |
| AUTHORIZED BY: | Pegeen D. Rhyne<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_____ five days or less      __x__ over five days      _____ other

THE GOVERNMENT

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:      ___ Yes      __X__ No