AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.   21-cr-34-WJM-1 |
| MICHAEL SHAWN STEWART | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of Court

| | |
|---|---|
| Place: Alfred A. Arraj<br>901 19th Street<br>Denver, Colorado 80294 | Courtroom No.:   A401 |
| | Date and Time:   02/12/2021 2:00 pm |

This offense is briefly described as follows:

Counts 1-14:  18 U.S.C. § 1343 (wire fraud)
Count 15:  18 USC § 371 (conspiracy to commit wire fraud)

Due to COVID-19, defendant may attend this court appearance via VTC.  To access courtroom, enter the following link in a CHROME browser: https://join.uc.uscourts.gov/invited.sf?secret=EqyEJ5cEzuZaQ19ZkqVx0Q&id=454475999.

At least 24 hours prior to this hearing, defendant shall call probation at 303-335-2506 and appear in person at the U.S. Marshal's Service at Sandra Day O'Connor U. S. Courthouse, 401 W. Washington Street, Phoenix, AZ 85003.

Date:    02/04/2021

s/ A. Garcia Garcia - Deputy Clerk

*Issuing officer's signature*

Jeffrey P. Colwell - Clerk of Court

*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*