IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00034-WJM-1

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. **MICHAEL SHAWN STEWART**, and
2. BRYANT EDWIN SEWALL

  Defendant(s).

---

### NOTICE OF APPEARANCE OF COUNSEL

---

 Marci G. LaBranche of the law firm Stimson Stancil LaBranche Hubbard, LLC hereby enters her appearance as counsel for Michael Shawn Stewart in the above-captioned case. Pursuant to D.C.COLO.L.AttyR 5 (a)(3)(C), undersigned counsel hereby certifies that she is a member in good standing of the bar of this court.

 Dated: February 12, 2021.

Respectfully submitted,

*s/ Marci G. LaBranche*
Marci G. LaBranche
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:   720.689.8909
Email:   labranche@sslhlaw.com

*Attorney for Michael Shawn Stewart*

**Certificate of Service**

I certify that on February 12, 2021, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Pegeen D. Rhyne
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
Pegeen.rhyne@usdoj.gov

*s/ Brenda Rodriguez*
Brenda Rodriguez