IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00034-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     **MICHAEL SHAWN STEWART**, and
2.     BRYANT EDWIN SEWALL

        Defendant(s).

---

**NOTICE OF APPEARANCE OF CO-COUNSEL**

---

        Michael J. LaVelle of the law firm LaVelle & LaVelle, PLC hereby enters his appearance as co-counsel for Michael Shawn Stewart in the above-captioned case. Pursuant to D.C.COLO.L.AttyR 5 (a)(3)(C), undersigned counsel hereby certifies that he is a member in good standing of the bar of this court.

        Dated: February 16, 2021.

Respectfully submitted,

*s/ Michael J. LaVelle*
Michael J. LaVelle
LAVELLE & LAVELLE, PLC
2728 N. 24th Street, Ste. A
Phoenix, AZ 85008
Phone:  602.279.2100
Email:   mjl@lavelle-lavelle.com

*Attorney for Michael Shawn Stewart*

**Certificate of Service**

I certify that on February 16, 2021, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Pegeen D. Rhyne
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
Pegeen.rhyne@usdoj.gov

*/s/ Diana Villa*
Diana Villa