IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00034-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     **MICHAEL SHAWN STEWART**, and

2.     BRYANT EDWIN SEWALL

        Defendant(s).

---

**NOTICE OF SURRENDER OF PASSPORT**

---

        Pursuant to the Order Setting Conditions of Release (Additional Conditions of Release), notice is hereby given that Defendant Michael Shawn Stewart, by and through undersigned counsel, surrendered his passport by delivering it to his pretrial officer, Ian Scott, at the office of the U.S. Probation Office, Phoenix, Arizona as requested by Mr. Scott. Delivery occurred on February 16, 2021.

        Dated: February 17, 2021.

1

Respectfully submitted,


Marci G. LaBranche
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email:   labranche@sslhlaw.com


*s/ Michael J. LaVelle*
Michael J. LaVelle
LAVELLE & LAVELLE, PLC
2728 N. 24th Street, Ste. A
Phoenix, AZ 85008
Phone:  602.279.2100
Email:   mjl@lavelle-lavelle.com

*Attorneys for Michael Shawn Stewart*


## Certificate of Service

I certify that on February 17, 2021, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:


Pegeen D. Rhyne
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
Pegeen.rhyne@usdoj.gov

/s/ *Diana Villa*
Diana Villa

2