IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00034-WJM-1

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. **MICHAEL SHAWN STEWART**, and
2. BRYANT EDWIN SEWALL

  Defendant(s).

---

### REQUEST TO EXTEND THE DATE FOR FILING OF ORIGINAL BOND
---

  On a Friday hearing, February 12, 2021, the Court ordered a bond be filed by February 17, 2021, which is today.  Monday was a holiday, so it effectively gave two business days in which to obtain a bond and get it to Colorado for filing in its original form.  The bond was obtained and signed and a copy is attached hereto as Exhibit A.  It was federal expressed yesterday, February 16, 2021, to counsel for filing and was supposed to arrive by 10:30 a.m. today.  *See*, Exhibit B, tracking information from Federal Express.  For whatever reason, Federal Express tells us that the bond has not been delivered to counsel for filing and, worse, they have no present information on where the bond is.

  The Defendant hereby requests an extension of the time for filing the original

bond until it can be found in the Federal Express system or until a new original can be shipped to Colorado. In the meantime, undersigned counsel avows that Exhibit A is a true copy of the bond in its original form sent to Denver, Colorado to be filed.

Dated: February 17, 2021.

Respectfully submitted,

Marci G. LaBranche
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: labranche@sslhlaw.com

*s/ Michael J. LaVelle*
Michael J. LaVelle
LAVELLE & LAVELLE, PLC
2728 N. 24th Street, Ste. A
Phoenix, AZ 85008
Phone: 602.279.2100
Email: mjl@lavelle-lavelle.com

*Attorneys for Michael Shawn Stewart*

## Certificate of Service

I certify that on February 17, 2021, I electronically filed the foregoing *Request to Extend the Date for Filing of Original Bond* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Pegeen D. Rhyne
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
Pegeen.rhyne@usdoj.gov

*/s/ Diana Villa*
Diana Villa

2

# EXHIBIT A

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:21-cr-00034-WMJ-01 |
| Michael Shawn Stewart | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Michael Shawn Stewart_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( ✓ )  to appear for court proceedings;
    ( ✓ )  if convicted, to surrender to serve a sentence that the court may impose; or
    ( ✓ )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ _____.

( ✓ ) (3) This is a secured bond of $ __50,000__, secured by: *third-party surety must be posted by 2/19/21*

    ( ) (a) $ _____, in cash deposited with the court.

    ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: February 12, 2021

_defendant authorized signature_
_in court LG_
Defendant's signature

Cierra Stewart
Surety/property owner – printed name

525 N. Miller Road #102 - 480-567-8619
Scottsdale, AZ 85257
Surety/property owner – printed name

Surety/property owner – printed name

CLERK OF COURT

Date: February 12, 2021

Signature of Clerk or Deputy Clerk

Approved.

Date: February 12, 2021

Judge's signature

# EXHIBIT B



TRACK ANOTHER SHIPMENT

783804037651
ADD NICKNAME



No scheduled delivery date available at this time.

## Scheduled delivery: Pending



**SHIPMENT EXCEPTION**
PHOENIX, AZ

**GET STATUS UPDATES**

| FROM | TO |
|---|---|
| PHOENIX, AZ US | DENVER, CO US |

MANAGE DELIVERY

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 783804037651 | FedEx Priority Overnight | 0.5 lbs / 0.23 kgs |

| TOTAL PIECES | TOTAL SHIPMENT WEIGHT | TERMS |
|---|---|---|
| 1 | 0.5 lbs / 0.23 kgs | Third Party |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
|---|---|---|
| FedEx Envelope | Deliver Weekday, No Signature Required | 2/16/21 |

| STANDARD TRANSIT | SCHEDULED DELIVERY |
|---|---|
| 2/17/21 by 10:30 am | Pending |

## Travel History

TIME ZONE
Local Scan Time

Wednesday, February 17, 2021