IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00034-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    **MICHAEL SHAWN STEWART**, and
2.    BRYANT EDWIN SEWALL

        Defendant(s).

---

**NOTICE OF FILING COPY OF APPEARANCE BOND AND STIPULATED MOTION RE RETENTION OF ORIGINAL**

---

After consultation with the AUSA assigned to this case, Pegeen D. Rhyne, the parties have agreed that the copy of the bond, attached hereto as Exhibit A, may be filed and that the original will be retained in the file of LaVelle & LaVelle. If the first original bond, presently lost by FedEx, is delivered to defense counsel in Denver, Marci LaBranche, she will keep that original in her file.

The motion for an extension to file the bond is withdrawn. Counsel is authorized to inform the Court that all interested parties agree to this procedure.

Dated: February 18, 2021.

Respectfully submitted,

Marci G. LaBranche
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:   720.689.8909
Email:   labranche@sslhlaw.com


s/ Michael J. LaVelle
Michael J. LaVelle
LAVELLE & LAVELLE, PLC
2728 N. 24th Street, Ste. A
Phoenix, AZ 85008
Phone:   602.279.2100
Email:   mjl@lavelle-lavelle.com

*Attorneys for Michael Shawn Stewart*

## Certificate of Service

I certify that on February 18, 2021, I electronically filed the foregoing *Notice of Filing Copy of Appearance Bond and Stipulated Motion re Retention of Original* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Pegeen D. Rhyne
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
Pegeen.rhyne@usdoj.gov

/s/ Diana Villa
Diana Villa

# EXHIBIT A

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>_Michael Shawn Stewart_<br>_Defendant_ | )<br>)<br>) Case No. 1:21-cr-00034-WMJ-01<br>)<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Michael Shawn Stewart_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- (✓) to appear for court proceedings;
- (✓) if convicted, to surrender to serve a sentence that the court may impose; or
- (✓) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ _____.

(✓) (3) This is a secured bond of $ **50,000**, secured by: *third-party surety must be posted by 2/17/21*

    ( ) (a) $ _____, in cash deposited with the court.

    ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

- (1) all owners of the property securing this appearance bond are included on the bond;
- (2) the property is not subject to claims, except as described above; and
- (3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: February 12, 2021

_defendant authorized signature in court LG_
*Defendant's signature*

_Cierra Stewart_ 480 567-8619
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_____    _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_____    _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

CLERK OF COURT

Date: February 12, 2021

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: February 12, 2021

_____
*Judge's signature*

