IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00034-WJM-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    **MICHAEL SHAWN STEWART**, and
2.    BRYANT EDWIN SEWALL

       Defendant(s).

---

### NOTICE OF CHANGE OF ADDRESS
### FOR LaVELLE & LaVELLE, PLC

---

       Undersigned counsel hereby provides notice to the parties and the Court that the new mailing address effective August 1, 2021 for the law firm LaVelle & LaVelle, PLC is changed to:

> **LaVelle & LaVelle, PLC**
> **2415 East Camelback Road, Suite 700**
> **Phoenix, Arizona 85016**

The Firm's telephone number, fax number and email addresses remain the same.

Dated: July 27, 2021.

1

Respectfully submitted,

Marci G. LaBranche
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:  720.689.8909
Email:   labranche@sslhlaw.com

*s/ Michael J. LaVelle*
Michael J. LaVelle
LAVELLE & LAVELLE, PLC
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
Phone:  602.279.2100
Email:   mjl@lavelle-lavelle.com

*Attorneys for Michael Shawn Stewart*


**Certificate of Service**

I hereby certify that on this 27th day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*/s/ Diana Villa*