## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SHAWN STEWART, and
2. BRYANT EDWIN SEWALL,

    Defendants.

_____

## ENTRY OF APPEARANCE
_____

To: The Clerk of Court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: <u>The United States of America.</u>

    DATED at Denver, Colorado this 10th day of August, 2021.

                                                MATTHEW T. KIRSCH
                                                Acting United States Attorney

                                                <u>s/William B. Gillespie</u>
                                                ***William B. Gillespie***
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                1801 California Street, Suite 1600
                                                Denver, CO 80202
                                                Telephone: 303-454-0100
                                                E-mail:  William.Gillespie@usdoj.gov
                                                Counsel for United States

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/ *Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office