IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:  21-cr-00034-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MICHAEL SHAWN STEWART, and
2. BRYANT EDWIN SEWALL,

        Defendants.

___

**ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT**
___

To:    The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as co-counsel for the United States of America.

Respectfully submitted this 18th day of November, 2021.

        MATTHEW T. KIRSCH
        Acting United States Attorney

BY:    s/ Anna K. Edgar
        ANNA K. EDGAR
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Email: Anna.Edgar@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of November 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                          s/ *Amy McDaniel*
                                          Amy McDaniel
                                          Legal Assistant
                                          U.S. Attorney's Office