IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SHAWN STEWART,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    THIS MATTER is before the Court on the **Motion to Withdraw as Counsel of Record for Michael Shawn Stewart** [#54] (the "Motion to Withdraw") filed by attorneys Michael J. LaVelle and Marci G. LaBranche.

    IT IS HEREBY **ORDERED** that a hearing on the Motion to Withdraw [#54] is set for **January 11, 2022,** at **3:00 p.m.**  The hearing shall occur by videotelephone conference (VTC).  Counsel for the parties and the Defendant shall participate in the hearing.

    Dated:  January 7, 2022