IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  21-cr-00034-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   MICHAEL SHAWN SEWART,

        Defendant.

_____

**NOTICE OF APPEARANCE**
_____

        The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        /s/ Jordan Deckenbach
        JORDAN DECKENBACH
        Assistant Federal Public Defender
        111 South Wolcott Street, RM 312
        Casper, WY  82601
        Telephone:  (307) 772-2781
        FAX:  (307) 772-2788
        Email:  Jordan_deckenbach@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Anna K. Edgar
Email:  Anna.Edgar@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Michael Shawn Stewart (via U.S. mail)

/s/ Jordan Deckenbach
JORDAN DECKENBACH
Assistant Federal Public Defender
111 South Wolcott Street, RM 312
Casper, WY  82601
Telephone:  (307) 772-2781
FAX:  (307) 772-2788
Email:  Jordan_deckenbach@fd.org
Attorney for Defendant