IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MICHAEL SHAWN STEWART,

      Defendant.
_____

### COUNSEL'S MOTION TO WITHDRAW AND DEFENDANT'S NOTICE OF DESIRE TO PROCEED PRO SE
_____

The defendant, Michael Shawn Stewart ("Mr. Stewart"), by and through undersigned counsel, Jordan Deckenbach, hereby files this Counsel's Motion to Withdraw and Defendant's Notice of his Desire to Proceed *Pro Se*; in support thereof, Mr. Stewart states as follows:

1. Mr. Stewart is charged in a fifteen-count indictment. Counts 1-14 charges a violation of 18 U.S.C. § 1343 (Wire Fraud) and Count 15 charges a violation of 18 U.S.C. § 371 (Conspiracy to Defraud the United States). *See* Doc. 1.

2. An Order Appointing Counsel was filed January 11, 2022. *See* Doc. 58. Undersigned counsel entered his appearance on January 13, 2022. Doc. 59.

3. Pretrial motions are currently due January 30, 2023. A Final Trial Preparation Conference is set for February 6, 2023 at 3:00 p.m., and Trial is scheduled to begin February 27, 2023. *See* Doc. 68.

4. Mr. Stewart has spoken with undersigned counsel and requested that undersigned counsel file a motion to withdraw from his case. Colorado Rule of Professional Conduct 1.16 requires the withdrawal from representation of a client if the lawyer is discharged. See Colo. RPC 1.16(a)(2).

5. Further, Mr. Stewart has advised undersigned counsel that he would like to proceed *pro se* in this case. *See Faretta v. California*, 422 U.S. 806, 817 (1975) ("forcing a lawyer upon an unwilling defendant is contrary to his basic right to defend himself if he truly wants to do so."). Consistent with that desire, this Notice is being filed, informing the Court that Mr. Stewart desires to proceed *pro se*.

6. Because Mr. Stewart has confirmed his desire to proceed *pro se*, a formal advisement on this subject must occur. In short, "a *Faretta* hearing" must take place. *United States v. Hamett*, 961 F.3d 1249, 1255 (10th Cir. 2020).

7. "[B]efore a court may grant a waiver [of counsel], it must ensure the defendant is 'aware of the dangers and disadvantages of self-representation, so that the record will establish that he knows what he is doing and his choice is made with eyes open.'" *Id.* at 1255, quoting *Maynard v. Boone*, 468 F.3d 665, 676 (10th Cir. 2006). The Court should "conduct a thorough and comprehensive formal inquiry of the defendant on the record." *Id.*, quoting *Unites States v. Vann*, 776 F.3d 746, 763 (10th Cir. 2015).

8. Mr. Stewart further informs this Court that, having conferred with undersigned counsel on the subject, he does want undersigned counsel appointed as standby counsel in his case.[1] "Once a defendant has declared his desire to proceed *pro*

---

[1] In the Tenth Circuit, "the terms 'standby counsel' and 'advisory counsel' [are used] interchangeably." *United States v. Pawelski*, 651 F. App'x 750, 759 n.3 (10th Cir. 2016).

2

*se*, appointment of standby or advisory counsel is a preferred, though not mandatory, practice." *United States v. Pawelski*, 651 F. App'x 750, 759 (10th Cir. 2016) (brackets omitted), quoting *United States v. Padilla*, 819 F.2d 952, 959 (10th Cir. 1987). "[T]he appointment of advisory counsel is discretionary with the trial court". *Id.*, quoting *United States v. DePaugh*, 452 F.2d 915, 920 (10th Cir. 1971). Simply stated, Mr. Stewart does want undersigned counsel to continue in these proceedings as standby counsel. In the Tenth Circuit, "the terms 'standby counsel' and 'advisory counsel' [are used] interchangeably." *United States v. Pawelski*, 651 F. App'x 750, 759 n.3 (10th Cir. 2016).

WHEREFORE, undersigned counsel files this Motion to Withdraw from further representation of Mr. Stewart, and Mr. Stewart gives Notice of his desire to proceed *pro se* in this case with the undersigned appointed as advisory/standby counsel.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        /s/ Jordan Deckenbach
        JORDAN DECKENBACH
        Assistant Federal Public Defender
        111 South Wolcott Street, RM 312
        Casper, WY  82601
        Telephone:  (307) 772-2781
        FAX:  (307) 772-2788
        Email:  Jordan_deckenbach@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I filed the foregoing **Counsel's Motion to Withdraw and Defendant's Notice of Desire to Proceed Pro Se** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Pegeen D. Rhyne, Assistant United States Attorney
E-mail: Pegeen.Rhyne@usdoj.gov
Anna Edgar, Assistant United States Attorney
E-mail: Anna.Edgar@usdoj.gov
Ken Harmon, Attorney for Bryant Sewall
Email: kharmon@springersteinberg.com

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Michael Shawn Stewart (via U.S. mail)

/s/ Jordan Deckenbach
JORDAN DECKENBACH
Assistant Federal Public Defender
111 South Wolcott Street, RM 312
Casper, WY  82601
Telephone:  (307) 772-2781
FAX:  (307) 772-2788
Email:  Jordan_deckenbach@fd.org
Attorney for Defendant

4