IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL SHAWN STEWART, and**
2. **BRYANT EDWIN SEWALL,**

    Defendants.

_____

GOVERNMENT'S MOTION TO ADVANCE PRETRIAL MOTIONS DEADLINE
AND PRESERVE TRIAL DATE
_____

The United States of America files the Government's Motion to Advance Pretrial Motions Deadline and Preserve Trial Date. The government requests that the Court advance the pretrial motions deadline in this matter from January 30, 2023, to December 14, 2022, in order to preserve the currently scheduled February 27, 2023, trial date. The government has conferred with counsel for both defendants. Both defendants oppose this motion and intend to file an opposition.

The trial in this matter is set to commence on February 27, 2023, and is scheduled to last thirteen days. There will be a trial in this case because plea negotiations have not been fruitful. As described in the parties Joint Motion for Additional Trial Days, the evidence in this case will require the presentation of

substantial international evidence from multiple countries. [See Doc. # 66 at 2]. Specifically, the indictment alleges that defendants Stewart and Sewall conducted a wire fraud scheme through the companies Mediatrix and Blue Isle from March 2016 through September 2019 in which they used false representations to induce investors to invest more than $129 million dollars in algorithm-based trading in foreign currency exchange ("FOREX") markets. [Doc. # 1]. There were hundreds of investors. The trial in this case will require the presentation of substantial international evidence from multiple countries because, among other things: (1) defendants Stewart and Sewall conducted much of Mediatrix's and Blue Isle's business from an office in the Bahamas; (2) Blue Isle's FOREX brokerage accounts were located in the United Kingdom; (3) bank accounts were held in multiple foreign countries; and (4) some of the investors reside in foreign countries. [Doc. #66 at 2].

Given that multiple international witnesses will need to travel to the United States for the trial in this matter, it is very important that the current trial date be preserved. Additionally, because the current trial date was set in early July 2022, witnesses have been planning around this trial date.

The government is concerned that the current pretrial motions deadline of January 30, 2023, may jeopardize the February 27, 2023, trial date because it requires the Court to rule on pretrial motions in less than a month, and it overlaps with other important trial deadlines. If a large volume of motions are filed, the current schedule may not afford the Court sufficient time to rule on the motions.

Additionally, the current February 27, 2023, trial date has provided defense counsel plenty of time to prepare for trial and to meet all of the Court's pretrial deadlines, even with an advance of the pretrial motion deadline to December 14, 2022. As currently scheduled, the trial will commence more than two years after the indictment in this matter was returned on February 4, 2021. [Doc. #1]. The Court has already granted the defense four Ends of Justice continuances. [*See* Doc. #s 36, 42, 61, & 67]. On March 11, 2021, counsel for defendant Sewall entered his appearance in this matter [doc. # 24], and on January 13, 2022, counsel for defendant Stewart entered his appearance after defendant Stewart's original counsel withdrew [doc. #59]. Counsel for both defendants have had, and continue to have, plenty of time to prepare for the trial in this matter.

Additionally, AUSA Rhyne will be leaving the government at the end of May 2023. The February 27, 2023, trial date should be preserved so that AUSA Rhyne is available to try this case. AUSA Rhyne is the only prosecutor who has been assigned to this case from its inception, and her historical knowledge of this complex case will be very important to the government in trying this case.

Because defense counsel have had, and continue to have, plenty of time to prepare for trial and its related deadlines, and because the government will be prejudiced by any additional delay, the Court should advance the pretrial motions deadline to December 14, 2022, in order to preserve the February 27, 2023, trial date in this matter.

Respectfully submitted this 28th day of September 2022.

        COLE FINEGAN
        United States Attorney

        By: *s/Pegeen D. Rhyne*
        PEGEEN D. RHYNE
        Assistant U.S. Attorneys
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        (303) 454-0100
        (303) 454-0409 (fax)
        Pegeen.Rhyne@usdoj.gov
        *Attorney for Government*

        By: *s/Anna Edgar*
        ANNA EDGAR
        Assistant U.S. Attorneys
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        (303) 454-0100
        (303) 454-0409 (fax)
        Anna.Edgar@usdoj.gov
        *Attorney for Government*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

s/ *Amy McDaniel*
Amy McDaniel
Legal Assistant
U.S. Attorney's Office