IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **MICHAEL SHAWN STEWART**, and
2. **BRYANT EDWIN SEWALL**
      Defendant(s).

---

## DEFENDANT STEWART'S RESPONSE OPPOSING GOVERNMENT MOTION TO ADVANCE MOTIONS DEADLINE

---

Defendant Michael Shawn Stewart ("Mr. Stewart"), by and through the undersigned counsel, Jordan R. Deckenbach, hereby moves this Court, to deny the Government's Motion to Advance Motion's Deadlines. Doc. 74.

As represented by the Government, the case involves substantial international evidence from multiple countries. Discovery in the case remains on-going, with discovery being disclosed as recently as September 26, 2022 and October 4, 2022. Some of the discovery involves analysis of daily and monthly trading accounts for hundreds of investors over a period of years. The defense has requested additional discovery in the form of bank account summary charts that were created by the Government's accounting expert, to date the Government has not indicated when it will produce these charts to the defense. This new discovery will require time to digest and may require the retention of defense experts to better understand and potentially challenge the foundational reliability of the conclusions proffered by the Government.

The Government analyst who is producing these reports is unavailable to the defense, hence the time intensive process of recreating the analysis through a defense expert may be required.

The undersigned counsel currently has numerous trials with their own related filing deadlines set between now and the Government's proposed filing deadline of December 14, 2022. The undersigned defense counsel will not be able to meaningfully understand, investigate and prepare motions in response to the on-going discovery by the Government's proposed deadline. The defense is still diligently working through the voluminous discovery originally disclosed in this case, as well as the most recent discovery and will need to also review the expected discovery carefully.  The U.S. Government has had the benefit of its vast resources to investigate and prepare for this case over the last four years. The undersigned counsel has had less than a year to investigate the case.  Shorting the defense's time to prepare pre-trial motions would threaten the integrity of Mr. Stewart's defense.

As such, Mr. Stewart respectfully requests that the Court deny the Government's motion.

Dated this 5th day of October 2022.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Jordan R. Deckenbach
JORDAN R. DECKENBACH
Assistant Federal Public Defender
104 South Wolcott Street, Suite 601
Casper, WY 82601
Jordan_Deckenbach@fd.org
Attorney for Mr. Michael Stewart

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 5, 2022, I filed the foregoing ***DEFENDANT STEWART'S RESPONSE OPPOSING GOVERNMENT MOTION TO ADVANCE MOTIONS DEADLINE*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

> Pegeen D. Rhyne, Assistant United States Attorney
> E-mail:  pegeen.rhyne@usdoj.gov
>
> Anna K. Edgar, Assistant United States Attorney
> E-mail: anna.edgar@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

> Michael Shawn Stewart (via U.S. mail)
>
> Bryant Edwin Sewall (via U.S. mail)

> s/ Jordan R. Deckenbach
> JORDAN R. DECKENBACH
> Assistant Federal Public Defender
> 111 South Wolcott Street
> Casper, WY 82601
> Telephone: (307) 772-2781
> Jordan_Deckenbach@fd.org
> Attorney for Mr. Michael Stewart