IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MICHAEL SHAWN STEWART,
2.     BRYANT EDWIN SEWALL,

    Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:     The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 23rd day of February, 2023.

    COLE FINEGAN
    United States Attorney

By:     *s/ Bryan D. Fields*
    Bryan D. Fields
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of February, 2023, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                    By:   *s/Danielle Storinsky*
                           Legal Assistant
                           United States Attorney's Office