IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    MICHAEL SHAWN STEWART,

      Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance on behalf of defendant Michael Shawn Stewart in the above-captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ Mary V. Butterton
      MARY V. BUTTERTON
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Mary_Butterton@fd.org
      *Attorney for Defendant Stewart*

CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2023, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses and counsel of record:

Pegeen Rhyne, Assistant United States Attorney
Email:  pegeen.rhyne@usdoj.gov

Anna Edgar, Assistant United States Attorney
Email:  Anna.Edgar@usdoj.gov

Bryan Fields, Assistant United States Attorney
Email:  bryan.fields3@usdoj.gov

William Gillespie, Assistant United States Attorney
Email:  william.gillespie@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Michael Stewart (via U.S. mail)

                                                            s/ Mary V. Butterton
                                                            MARY V. BUTTERTON
                                                            Assistant Federal Public Defender
                                                            633 17th Street, Suite 1000
                                                            Denver, CO  80202
                                                            Telephone:  (303) 294-7002
                                                            FAX:  (303) 294-1192
                                                            Mary_Butterton@fd.org
                                                            *Attorney for Defendant Stewart*